IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HOUMAN ALLAHVERDI, M.D.,

    Plaintiff,

v.                                No. CIV 05 277 JB/DJS

REGENTS OF THE UNIVERSITY OF
NEW MEXICO; UNIVERSITY OF NEW MEXICO
HEALTH SCIENCES CENTER; DAVID WILKS, M.D.,
PAUL ROTH M.D., SALLY BACHOFER,

    Defendants.

## NOTICE OF FILING OF STATE COURT RECORD

The documents attached to this notice of filing of state court record, are as follows:

1. Complaint for Complaint for Injunctive Relief, For Breach of Contract and violation of Due Process;
2. Summons and Return of Summons for the University of New Mexico Health Sciences Center;
3. Summons and Return of Summons for the Regents of the University of New Mexico;
4. Summons and Return of Summons for the Attorney General State of New Mexico;
5. Summons and Return of Summons for David Wilks, M.D.;
6. Summons and Return of Summons for Paul Roth, M.D.;
7. Summons and Return of Summons for Sally Bachofer;
8. Jury Demand; and,
9. Court Annexed Arbitration Certificate.

Respectfully submitted,

BEALL & BIEHLER, AN ASSOCIATION

By:_____
Marcia E. Lubar
Attorney for defendants
6715 Academy Blvd., NE
Albuquerque, NM 87109
(505) 828-3600

*I hereby certify* that a true and correct copy of the foregoing pleading was mailed to the following counsel of record:

Steven K. Sanders, Esq.
Law Offices of Steven K. Sanders & Associates
Attorney for plaintiff
820 Second Street, NW
Albuquerque, New Mexico  87102

on this **14th** day of **March, 2005.**

_____
Marcia E. Lubar

**THE EXHIBITS ATTACHED TO THIS PLEADING ARE TOO VOLUMINOUS TO SCAN. SAID EXHIBITS ARE ATTACHED TO THE ORIGINAL PLEADING IN THE CASE FILE WHICH IS LOCATED IN THE RECORDS DEPARTMENT, U.S. DISTRICT COURT CLERK'S OFFICE...**